## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**DARLENE PEREZ**  　　　　　　　　　　**CIVIL ACTION NO**
　*Plaintiff*,

**VERSUS**　　　　　　　　　　　　　　**1:23-CV-00522-RP**

**GENERAL MOTORS LLC**
　*Defendants.*

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, DARLENE PEREZ (hereinafter "Perez"), who respectfully notifies this Honorable Court that the parties have reached a settlement in this matter. Upon completion of the settlement documents, the plaintiff will voluntarily dismiss this matter.

**RESPECTFULLY SUBMITTED,**

**DUCK LAW FIRM, L.L.C.**

/s/ Kevin R. Duck
**KEVIN R. DUCK (LA23043)**
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, Louisiana 70508
Telephone: (337) 406-1144
Facsimile: (337) 406-1050
Email: krd@ducklawfirm.com
**Attorney-in-Charge for Plaintiff,**
**DARLENE PEREZ**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 25, 2023, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

    */s/ Kevin R. Duck*
    KEVIN R. DUCK