UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **DARLENE PEREZ** *Plaintiff*, | § § § § | **CIVIL ACTION NO.:** **1:23-CV-00522-RP** |
| **VERSUS** | § § § | |
| **GENERAL MOTORS, LLC** *Defendants.* | § § § § § § | |

**PLAINTIFF'S NOTICE OF RULE 41(a)(1)(A)(i)**
**VOLUNTARY DISMISSAL**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, Darlene Perez, who respectfully asserts that the opposing party, General Motors, LLC has not served an answer or a motion for summary judgment in these proceedings. Thus, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) the Plaintiff hereby dismisses this action, without a court order, against General Motors LLC.

RESPECTFULLY SUBMITTED,

DUCK LAW FIRM, L.L.C.

/s/ *Kevin R. Duck*
**KEVIN R. DUCK (LA23043)**
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, Louisiana 70508
Telephone: (337) 406-1144
Facsimile: (337) 406-1050
**Attorney-in-Charge for Plaintiff**
**DARLENE PEREZ**

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2024, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

                                          */s/ Kevin R. Duck*
                                          KEVIN R. DUCK